**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

SHIRLEY BAKER,

                Plaintiff,

v.                                CIVIL ACTION NO.  2:04-0115

JO ANNE B. BARNHART,
Commissioner of Social Security,

                Defendant.

**JUDGMENT ORDER**

    In accordance with the accompanying order affirming the final decision of the Commissioner, the court **ORDERS** that judgment be entered in favor of the defendant and that this case be **DISMISSED** and **STRICKEN** from the docket of this court.

    The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented parties.

                    ENTER:      May 5, 2005

                    JOSEPH R. GOODWIN
                    UNITED STATES DISTRICT JUDGE